Thomas W. Davis, II, Esq.
Nevada Bar No. 2531
**Howard & Howard Attorneys PLLC**
3800 Howard Hughes Pkwy., Ste. 1000
Las Vegas, NV 89169
Telephone: (702) 257-1483
Facsimile: (702) 567-1568
Attorney for Defendants Merrill Lynch,
Pierce, Fenner & Smith, Incorporated

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| NATHAN J. LORBIETZKI<br><br>Plaintiff,<br><br>vs.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, DOES 1-10, and ROE CORPORATIONS AND ENTITIES 1-10<br><br>Defendants. | Case No.: 2:10-cv-01585- MMD-PAL<br><br>**ORDER**<br><br>FINRA Dispute Resolution Arbitration<br>Case No.: 10-02660 |

Defendant Merrill Lynch, Pierce, Fenner & Smith Incorporated ("Merrill Lynch") filed a Motion to Confirm Arbitration Award ("Motion") pursuant to Nev.Rev. Stat. Ann. § 38.206 *et seq.*; seeking to confirm the unanimous Arbitration Award ("Award") rendered against Plaintiff Nathan Lorbietzki ("Plaintiff") by the Financial Industry Regulatory Authority ("FINRA") in the proceeding captioned <u>Merrill Lynch v. Nathan Lorbietzki</u>, FINRA No. 10-02660.  Plaintiff filed a Non-Opposition to the Motion.

Upon consideration of Merrill Lynch's Motion, the Non-Opposition thereto, any testimony taken thereon and, for good cause shown, it is hereby:

1. **ORDERED** that Merrill Lynch's Motion to Confirm Arbitration Award is **GRANTED.**

2. **ORDERED** that the Award issued by the Arbitration Panel on March 14, 2013 in FINRA Matter No. 10-02660 is confirmed in all respects.

3. **ORDERED** that all of Plaintiff's claims are denied in their entirety.

4. **ORDERED** that judgment shall be entered in this action in favor of Defendant Merrill Lynch and against Plaintiff Lorbietzki in the sum of $285,657.97 which includes $18,050.67 in interest owed on the Arbitration Award – accrued from March 15, 2013 through June 21, 2013 at $182.33 per day.

5. **ORDERED** that interest will continue to accrue on the Award in the amount of $182.33 per day from June 22, 2013, until paid in full.

6. **ORDERED** that Plaintiff shall pay fees and costs to Merrill Lynch incurred as a result of pursuing these proceedings against Plaintiff in the amount of $1500.00, which amount shall be added to the Judgment and which shall incur interest at the statutory rate from the date of the judgment forward until paid in full.

DATED this 24th day of June, 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

Submitted by:

HOWARD & HOWARD ATTORNEYS PLLC

/s/ Thomas W. Davis, II
Thomas W. Davis, II, Esq.
Nevada Bar No. 2531
3800 Howard Hughes Pkwy, Ste. 1000
Las Vegas, Nevada 89169
Attorney for Defendant Merrill Lynch,
Pierce, Fenner & Smith, Incorporated