Thomas W. Davis, II, Esq.
Nevada Bar No. 2531
**Howard & Howard Attorneys PLLC**
3800 Howard Hughes Pkwy., Ste. 1000
Las Vegas, NV 89169
Telephone: (702) 257-1483
Facsimile: (702) 567-1568
Attorney for Defendants Merrill Lynch,
Pierce, Fenner & Smith, Incorporated

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| NATHAN J. LORBIETZKI<br><br>Plaintiff,<br><br>vs.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, DOES 1-10, and ROE CORPORATIONS AND ENTITIES 1-10<br><br>Defendants. | Case No.: 2:10-cv-01585- MMD-PAL<br><br>**JUDGMENT**<br><br>FINRA Dispute Resolution Arbitration<br>Case No.: 10-02660 |

On May 23, 2013, Defendant Merrill Lynch, Pierce, Fenner & Smith Incorporated ("Merrill Lynch") filed a Motion to Confirm Arbitration Award ("Motion") pursuant to Nev.Rev. Stat. Ann. § 38.206 *et seq.*; seeking to confirm the unanimous Arbitration Award ("Award") rendered against Plaintiff Nathan Lorbietzki ("Plaintiff") by the Financial Industry Regulatory Authority ("FINRA") in the proceeding captioned <u>Merrill Lynch v. Nathan Lorbietzki</u>, FINRA No. 10-02660. The Plaintiff filed a Non-Opposition to the Motion. The Court granted the Motion by Minute Order dated June 10, 2013 and thereafter entered an Order granting the Motion. Therefore, this Court hereby enters the following Judgment:

/ / /

# JUDGMENT

IT IS HEREBY ORDERED that Defendant, Merrill Lynch, have and recover judgment from and against Plaintiff, Nathan Lorbietzki, as follows:

1. Principle amount of $1,267,607.30, plus interest at the statutory rate of 5.25% per annum ($182.33 per day). Calculating from the date of entry of the Arbitration Award on March 14, 2013, the interest owed amounts to $18,050.67 as of June 21, 2013, for a total judgment of $1,285,657.97 as of June 21, 2013.

2. Interest shall continue to accrue at a per diem rate of $182.33 per day from June 22, 2013 until the judgment is paid in full.

3. For fees and costs of  $1500.00 , with interest accruing at the statutory rate on those fees and costs from the date of this judgment forward until paid in full.

DATED this  24th  day of  June , 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

HOWARD & HOWARD ATTORNEYS PLLC

/s/ Thomas W. Davis, II
Thomas W. Davis, II, Esq.
Nevada Bar No. 2531
3800 Howard Hughes Pkwy, Ste. 1000
Las Vegas, Nevada 89169
Attorney for Defendant Merrill Lynch,
Pierce, Fenner & Smith, Incorporated

Howard & Howard Attorneys PLLC
3800 Howard Hughes Pkwy., Ste. 1000
Las Vegas, NV 89169
(702) 257-1483